UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUAN WILLIAMS,

        Plaintiff,

vs.

STATE FARM FIRE AND
CASUALTY CO.,
        Defendant.
_____/

CIVIL ACTION NO. 10-CV-11435

DISTRICT JUDGE GERALD E. ROSEN

MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER FOR CHRISTOPHER ROBBINS TO APPEAR FOR DEPOSITION AND HOLDING IN ABEYANCE DOCKET NO. 25

On March 16, 2011 the Court ordered Christopher Robbins to Show Cause For Failure To Obey Subpoena and to appear on March 30, 2011. (Docket nos. 25, 31). Mr. Robbins and counsel for both parties appeared on March 30, 2011. For the reasons stated on the record, including that Mr. Robbins did not show good cause for failure to attend the previously scheduled depositions, the Court ordered that Mr. Robbins will appear for deposition. At the hearing it was ordered and Mr. Robbins acknowledged that he will attend a deposition at the time and location (with phone number) given on the record and memorialized below. The Court notified Mr. Robbins that he will be held in contempt of Court if he fails to appear for the deposition. Defendant's Motion To Show Cause (docket no. 25) requesting that Mr. Robbins be held in contempt will be held in abeyance pending Mr. Robbins's deposition date.

**IT IS THEREFORE ORDERED** that Christopher Robbins appear for deposition on Thursday, March 31, 2011 at 10:00 a.m. at the law offices of Defendant's counsel Patrick, Johnson & Mott, P.C., 27777 Franklin Road, Suite 1400, Southfield, Michigan 48034 and such deposition

will continue on that date until completed.  **FAILURE TO APPEAR WILL RESULT IN MR. ROBBINS BEING HELD IN CONTEMPT OF THIS COURT.**

**IT IS FURTHER ORDERED THAT** through the date of the conclusion of this case Mr. Robbins will provide this Court and the attorneys of record with his new address and contact information within 7 days of any change in residence from his current address at 11709 Forrer, Detroit, Michigan 48227.

**IT IS FURTHER ORDERED THAT** Defendant's Motion To Show Cause Re: Deposition Of Chris Robbins (docket no. 25) is held in abeyance pending the March 31, 2011 deposition date.

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 31, 2011          s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Order to Show Cause was served upon Chris Robbins at 11709 Forrer, Detroit, Michigan 48227 and Counsel of Record on this date.

Dated: March 31, 2011          s/ Lisa C. Bartlett
                               Case Manager